**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-1483

DORSEY V. HUFF,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, Commissioner of Social
Security,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Glen E. Conrad, Magistrate Judge.
(CA-98-351-R)

Submitted:  August 31, 1999          Decided:  September 27, 1999

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles D. Bennett, Jr., Roanoke, Virginia, for Appellant.  James A. Winn, Chief Counsel, Region III, Patricia M. Smith, Deputy Chief Counsel, Mona M. Bennett, Assistant Regional Counsel, Office of the General Counsel, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Robert P. Crouch, Jr., United States Attorney, John F. Corcoran, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dorsey V. Huff appeals the district court's order upholding the denial by the Commissioner of Social Security of Huff's application for disability insurance benefits.  We have reviewed the record and the magistrate judge's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the magistrate judge.  See Huff v. Apfel, No. CA-98-351-R (W.D. Va. Mar. 18, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2